# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|                                                                                                      |   |                              |
|------------------------------------------------------------------------------------------------------|---|------------------------------|
| IN RE: GADOLINIUM BASED CONTRAST AGENTS PRODUCTS LIABILITY LITIGATION                                | \| | **Case No. 1:08 GD 50000**   |
|                                                                                                      | \| | **MDL No. 1909**             |
|                                                                                                      | \| | **Judge Dan Aaron Polster**  |

```
-------------------------------------------------- X
AMENIA BUTLER, INDIVIDUALLY             :   Case No. 1:09-GD-50069
AND AS REPRESENTATIVE OF THE            :
ESTATE OF SCOTTY JOHNSON,               :   ORDER
DECEASED                                :
                                        :
        -against-                       :
                                        :
BAYER CORPORATION,                      :
BAYER HEALTHCARE                        :
        PHARMACEUTICALS                 :
-------------------------------------------------- X
```

IT IS HEREBY ORDERED that all claims against Defendants Bayer Corporation and Bayer HealthCare Pharmaceuticals Inc. (incorrectly captioned as Bayer HealthCare Pharmaceuticals) are dismissed with prejudice, with each party to bear its own costs. This action is therefore dismissed with prejudice.

_____
Honorable Dan Aaron Polster
United States District Judge

870271